# In the United States Court of Federal Claims

**No. 04-1300C**
**(Filed February 25, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TUNNEL STREET, A CALIFORNIA LIMITED PARTNERSHIP,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING STAY OF PROCEEDINGS

On February 22, 2005, the parties filed a motion for a stay of proceedings in this matter while these parties pursue settlement in related cases under the Court's Alternative Dispute Resolution (ADR) pilot program. Good cause having been shown, this motion is **GRANTED.** The Court hereby stays further proceedings in this action until 14 days after the conclusion of ADR.

The parties shall file a Joint Status Report every 90 days reporting on the progress of the ADR. The first such status report is due on **May 25, 2005.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**